■ GERTRUDE SOWELL, Respondent, v FANNIE J. WRIGHT, Respondent, and MT. VERNON PUBLIC LIVERY, INC., et al., Appellants.—Appeal from order of the Supreme Court, Bronx County, entered on July 3, 1978, dismissed as academic, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Birns, Lane and Markewich, JJ.

■ In the Matter of HAROLD C. HERMAN, an Attorney.—Motion to vacate reference and strike respondent's name from the roll of attorneys and counselors at law in the State of New York denied as academic in view of the determination of this court on Motions M-496A and M-1295A contained in the order of this court entered on December 7, 1978. Concur—Fein, J. P., Lane, Markewich, Sandler and Sullivan, JJ.

■ NORBERT CAMPBELL et al. v JOHN V. LINDSAY, as Mayor of the City of New York, et al. (And Another Action.)—Motion, insofar as it seeks to compel respondents to accept service of the untimely notice of appeal denied and, insofar as it seeks relief from the direction that appellants perfect their appeal from the judgment for the November 1978 Term, granted insofar as to enlarge appellants' time to perfect such appeal to the April 1979 Term, such appeal to include, pursuant to CPLR 5501 (subd [a], par 1), a review of any nonfinal order which necessarily affects the judgment. (Jema Props. v McLeod, 51 AD2d 702.) Concur—Kupferman, J. P., Lupiano, Lane, Sandler and Sullivan, JJ.